Peter E. Martin, SBN 121672
peter@martinmacklaw.com
Shelley K. Mack, SBN 209596
shelley@martinmacklaw.com
**Martin & Mack LLP**
1369 G Street
Arcata, California 95521
Tel: (707) 268-0445
Fax: (707) 667-0318

Attorneys for Plaintiffs
OSCAR LEATHERMAN and
KELLY PIFFERINI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEATHERMAN and KELLY PIFFERINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and STEVE WATSON, in his official capacity as Interim Chief of Police,<br><br>Defendants. | CASE NO. 4:17-CV-05610-HSG<br><br>**STIPULATION TO EXTEND CASE DEADLINES; [PROPOSED] ORDER** |

STIPULATION TO EXTEND CASE DEADLINES; [PROPOSED] ORDER
LEATHERMAN *et al.* v. CITY OF EUREKA *et al.*, Case No. 4:17-cv-05610-HSG

0

Plaintiff Oscar Leatherman ( "Plaintiff" or "Mr. Leatherman") filed the above-referenced action on or about September 28, 2017. On December 7, 2017, Plaintiff filed a First Amended Complaint in this action, and was joined in his claims by new Plaintiff Kelly Pifferini.

On January 12, 2018, Defendants City of Eureka, Eureka Police Department, and Steve Watson, in his official capacity as Chief of Police (collectively hereinafter, "Defendants") filed a Motion to Dismiss Plaintiffs' First Amended Complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Civil Local Rule 7-3(a), Plaintiffs are currently due to file their opposition to Defendants' Motion to Dismiss on or before January 26, 2018.

On January 18, 2018, by and through their attorney of record, Shelley K. Mack, Plaintiffs requested a one-week extension of time, to and through February 2, 2018, in order to file their opposition to Defendants' Motion to Dismiss. Defendants' counsel of record, Cyndy Day-Wilson, granted Plaintiffs' request for an extension of time the same day. The parties thus agreed as follows:

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendants respectively, through their attorneys of record, that:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss the First Amended Complaint on or before February 2, 2018.

2. No other court dates or deadlines are affected by this Stipulation.

IT IS SO STIPULATED.

1

STIPULATION TO EXTEND CASE DEADLINES; [PROPOSED] ORDER
LEATHERMAN et al. v. CITY OF EUREKA et al., Case No. 4:17-cv-05610-HSG

Respectfully Submitted,

Dated: January 19, 2018    By:    /s/ *Shelley K. Mack*
　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　 Peter E. Martin
　　　　　　　　　　　　　　　　　 Shelley K. Mack
　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　 OSCAR LEATHERMAN and
　　　　　　　　　　　　　　　　　 KELLY PIFFERINI

Dated: January 19, 2018    By:    /s/ *Cyndy Day-Wilson*
　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　 Cyndy Day-Wilson, Eureka City Attorney
　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　 CITY OF EUREKA, EUREKA POLICE
　　　　　　　　　　　　　　　　　 DEPARTMENT, and STEVE WATSON, in his
　　　　　　　　　　　　　　　　　 official capacity as interim Chief of Police

## ORDER

IT IS HEREBY ORDERED that Plaintiffs shall file their opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on or before February 2, 2018.

**IT IS SO ORDERED.**

Dated: 1/19/18　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　 Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　 United States District Magistrate Judge

STIPULATION TO EXTEND CASE DEADLINES; [PROPOSED] ORDER
LEATHERMAN et al. v. CITY OF EUREKA et al., Case No. 4:17-cv-05610-HSG

2