AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| Oscar Leatherman and Kelly Pifferini<br>Plaintiff(s),<br>V.<br>City of Eureka<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:17-cv-5610-HSG |

Notice is hereby given that, subject to approval by the court, __Oscar Leatherman and Kelly Pifferini__ substitutes
(Party (s) Name)

__Shelley K. Mack__, State Bar No. __209596__ as counsel of record in
(Name of New Attorney)

place of __Martin & Mack LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Shelley K. Mack, Esq.
Address: 1369 G Street, Arcata, CA 95521
Telephone: (707) 599-7375       Facsimile
E-Mail (Optional): shelleykmack@gmail.com

I consent to the above substitution.
Date: 11-13-2018
_____
(Signature of Party (s))   9-24-18

I consent to being substituted.
Date: 9/20/2018
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/2018
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]