# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Oscar Leatherman and Kelly Pifferini

        Plaintiff (s),

V.

City of Eureka

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:17-cv-5610-HSG

Notice is hereby given that, subject to approval by the court, __Oscar Leatherman and Kelly Pifferini__ substitutes (Party (s) Name)

__Shelley K. Mack__ , State Bar No. __209596__ as counsel of record in
(Name of New Attorney)

place of __Martin & Mack LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Shelley K. Mack, Esq.
    Address: 1369 G Street, Arcata, CA 95521
    Telephone: (707) 599-7375    Facsimile _____
    E-Mail (Optional): shelleykmack@gmail.com

I consent to the above substitution.
Date: 11-13-2018

*[Signature]* 9-24-18
*[Signature]*
(Signature of Party (s))

I consent to being substituted.
Date: 9/20/2018

*[Signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/2018

*[Signature]* Shelley K Mack
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/15/2019

*[Signature]* Haywood S. Gill, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]