# UNITED STATES DISTRICT COURT

| Northern | District of | California |
| --- | --- | --- |

Oscar Leatherman and Kelly Pifferini

Plaintiff (s),

V.

City of Eureka

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   4:17-CV-5610-HSG

Notice is hereby given that, subject to approval by the court,   City of Eureka   substitutes

(Party (s) Name)

Robert Black , State Bar No, 70178   as counsel of record in

(Name of New Attorney)

place of   Cyndy Day-Wilson   ~Ferree, City Attorney~

(Name of Attorney (s) Withdrawing Appearance)

~Resigned effective June 26, 2018~

Contact information for new counsel is as follows:

Firm Name:   City of Eureka

Address:   531 K Street, Eureka, CA 95501

Telephone:   (707) 441-4147   Facsimile   N/A

E-Mail (Optional):   cityattorney@ci.eureka.ca.gov

I consent to the above substitution.

Date:   Feb. 22, 2019

ACTING CITY MANAGER

(Signature of Party (s))

Brian J. Gerving

I consent to being substituted.

Date:   June 26, 2018

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   Feb 22, 2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   2/26/2019

Haywood S. Gilliam Jr.

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]