1  Jack Praetzellis (SBN 267765)
   FOX ROTHSCHILD LLP
2  345 California Street, Suite 2200
   San Francisco, CA 94104
3  Tel: (415) 364-5540
   Fax: (415) 391-4436
4
   Attorneys for Defendants
5  CITY OF EUREKA, EUREKA POLICE
   DEPARTMENT and STEVE WATSON
6

7  Shelley K. Mack, CSB #209596
   1416 Bates Road
8  McKinleyville, CA 95519
   Tel: (707) 599-7375
9  Fax: (707) 667-0318

10 Attorney for Plaintiffs
   OSCAR LEATHERMAN and KELLY PIFFERINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEATHERMAN and KELLY PIFFERINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and STEVE WATSON, in his official capacity as Interim Chief of Police,<br><br>Defendants. | CASE NO.: 4:17-cv-05610-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY EXISTING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled for 2:00 p.m. on March 5, 2019 shall be continued to 2:00 p.m. on March 26, 2019. The Parties shall submit their Joint Rule 26 Initial Case Management Conference Statement on or before March 19, 2019, seven (7) days before the rescheduled Initial Case Management Conference.

No other dates or deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: 2/27/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

---

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY EXISTING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE