AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Oscar Leatherman and Kelly Pifferini
           Plaintiff(s),

V.

Steve Watson
           Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:17-CV-05610-HSG

Notice is hereby given that, subject to approval by the court, Steve Watson substitutes
(Party(s) Name)

Robert Black , State Bar No. 70178 as counsel of record in
(Name of New Attorney)

place of Cyndy Day-Wilson, Former City Attorney - Resigned Effective June 26, 2018
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: City of Eureka
    Address: 531 K Street, Eureka, CA 95501
    Telephone: (707) 441-4147     Facsimile
    E-Mail (Optional): cityattorney@ci.eureka.ca.gov

I consent to the above substitution.
Date: 02/26/2019
    Acting City Manager, Brian Gerving
    (Signature of Party(s))

I consent to being substituted.
Date: June 26, 2018
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/5/19
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/7/2019
    Haywood S. Gilliam Jr.
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]