# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Oscar Leatherman and Kelly Pifferini
          Plaintiff(s),

V.

Eureka Police Department
          Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:17-CV-05610-HSG

Notice is hereby given that, subject to approval by the court, __Eureka Police Department__ substitutes
(Party(s) Name)

__Robert Black__, State Bar No. __70178__ as counsel of record in
(Name of New Attorney)

place of __Cyndy Day-Wilson, Former City Attorney - Resigned Effective June 26, 2018__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: City of Eureka
Address: 531 K Street, Eureka, CA 95501
Telephone: (707) 441-4147     Facsimile: 
E-Mail (Optional): cityattorney@ci.eureka.ca.gov

I consent to the above substitution.
Date: 02/26/2019
_Acting City Manager, Brian Gerving_
(Signature of Party(s))

I consent to being substituted.
Date: June 26, 2018
_Cyndy Day-Wilson_
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/5/19
_Robert Black_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/7/2019
_Haywood S. Gilliam Jr._
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]