Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Tel: (415) 364-5540
Fax: (415) 391-4436

Attorneys for Defendants
CITY OF EUREKA, EUREKA POLICE
DEPARTMENT and STEVE WATSON

Shelley K. Mack, CSB #209596
1416 Bates Road
McKinleyville, CA 95519
Tel: (707) 599-7375
Fax: (707) 667-0318

Attorney for Plaintiffs
OSCAR LEATHERMAN and KELLY PIFFERINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEATHERMAN and KELLY PIFFERINI,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and STEVE WATSON, in his official capacity as Interim Chief of Police,<br><br>Defendants. | CASE NO.: 4:17-cv-05610-HSG<br><br>[~~PROPOSED~~] **ORDER** DENYING **SECOND STIPULATION TO MODIFY EXISTING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled for 2:00 p.m. on March 26, 2019 shall be continued to 2:00 p.m. on June 18, 2019. The Parties shall submit their Joint Rule 26 Initial Case Management Conference Statement on or before June 11, 2019, seven (7) days before the rescheduled Initial Case Management Conference.

No other dates or deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: March 14, 2019

_____

HONORABLE
United States

*DENIED*
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

---

[~~PROPOSED~~] ORDER DENYING SECOND STIPULATION TO MODIFY EXISTING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

176701\00005\91141347.v1