Shelley K. Mack, CSB #209596
1416 Bates Road
McKinleyville, CA 95519
Tel: (707) 599-7375
Fax: (707) 667-0318

Attorney for Plaintiffs
OSCAR LEATHERMAN and KELLY PIFFERINI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEATHERMAN and KELLY PIFFERINI,<br><br>　　　　　Plaintiffs,<br>vs.<br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and STEVE WATSON, in his official capacity as Interim Chief of Police,<br><br>　　　　　Defendants. | Case No. 4:17-cv-05610-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO
APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:17-cv-05610-HSG

1

For good cause appearing, Plaintiffs Oscar Leatherman and Kelly Pifferini's Administrative Motion to Appear by Telephone at the Initial Case Management Conference is hereby GRANTED. This Order is issued in accordance with Civil Local Rule 7-11(a). The court hereby orders the following:

IT IS HEREBY ORDERED that Plaintiffs' counsel may appear telephonically at the Initial Case Management Conference in this matter, currently set for March 26, 2018, at 2:00 p.m. in Courtroom 2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: _____3/19/2019_____ _____
HON. HAYWOOD S. GILLIAM, JR.
Judge, United States District Court

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO
APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE
Case No. 4:17-cv-05610-HSG

2