**Exhibit A**

ROBERT N. BLACK (SBN 70178)
rblack@attyblack.com
**CITY ATTORNEY**
City of Eureka
531 K Street
Eureka, CA 95501
Telephone:  (707) 441-4147
Facsimile :  (707) 324-3804

JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436

Attorneys for Defendants City of Eureka;
Eureka Police Department and Steve Watson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEATHERMAN; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA; et al.,<br><br>        Defendants. | Case No. 4:17-CV-05610-HSG<br><br>**DEFENDANT CITY OF EUREKA'S RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of Eureka hereby offers to allow plaintiffs Oscar Leatherman and Kelly Pifferini (individually "Mr. Leatherman" and "Mr. Pifferini," respectively, and collectively, "plaintiffs") to take a judgment against it in this action on the following terms:

    1.    The judgment is to be in the total sum of Forty-Five Thousand Dollars ($45,000) and against defendant City of Eureka.

    2.    The judgment amount is to be split evenly between each of Mr. Leatherman ($22,500) and Mr. Pifferini ($22,500).

    3.    Both Mr. Leatherman and Mr. Pifferini must accept this offer for the

acceptance to be effective.

4. The judgment is the total amount to be paid and includes any and all liability for costs of suit or attorneys' fees. In the interest of clarity, if the offer is accepted, neither plaintiffs, nor their counsel, nor any other person or entity may seek any further amounts on account of the action from defendants City of Eureka, Eureka Police Department, and Steve Watson, in his official capacity as Chief of Police (collectively "defendants"), whether it be in the form of costs, attorneys' fees, or any other form whatsoever.

5. The judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiffs may have against defendants to damages, or any other form of relief whatsoever (including but not limited to, all claims for permanent injunctive relief, declaratory relief, compensatory, general and special damages, for attorneys' fees, for costs of suit, and such other relief as the Court deems just and proper), relating to the action.

6. Acceptance of this offer of judgment will act to release and discharge defendants from any and all claims that were alleged by plaintiffs in the above-referenced action, including any and all claims that would be barred by application of res judicata on entry of a final judgment in the action.

7. This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendants; nor is it an admission that plaintiffs, or either of them, have suffered any damages.

PLAINTIFFS ARE DIRECTED TO TAKE NOTICE THAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68, PLAINTIFFS HAVE FOURTEEN (14) DAYS AFTER BEING SERVED WITH THIS OFFER TO ACCEPT IT. AFTER THAT PERIOD OF TIME, THE OFFER IS DEEMED WITHDRAWN.

///

///

Dated: August 18, 2020.

CITY OF EUREKA

By: /s/ Robert N. Black
ROBERT N. BLACK, CITY ATTORNEY
Attorneys for Defendants City of Eureka;
Eureka Police Department and Steve Watson

# PROOF OF SERVICE

I, Christine Lopez, declare:

I am over 18 years of age, and not party to this action. I am employed by the City of Eureka, 531 K Street, Eureka, California, which is located in the county where the mailing described below occurred. On August 19, 2020, I mailed a copy of the following document:

**DEFENDANT CITY OF EUREKA'S RULE 68 OFFER OF JUDGMENT**

To the persons named below:

__X__   **BY UNITED STATES MAIL VIA REGULAR DELIVERY**: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Shelley K. Mack<br>Law Office of Shelley K. Mack<br>1416 Bates Road<br>McKinleyville, CA 95519 | Jack Praetzellis<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Eureka, California.

Dated: August 19, 2020

_Christine Lopez_
Christine Lopez