1  Jack Praetzellis (SBN 267765)
   FOX ROTHSCHILD LLP
2  345 California Street, Suite 2200
   San Francisco, California 94104
3  Tel: (415) 364-5540
   Fax: (415) 391-4436
4
   Attorneys for Defendants
5  CITY OF EUREKA, EUREKA POLICE
   DEPARTMENT and STEVE WATSON
6
   Shelley K. Mack (SBN 209596)
7  1416 Bates Road
   McKinleyville, California 95519
8  Tel: (707) 599-7375
   Fax: (707) 667-0318
9
   Attorney for Plaintiffs
10 OSCAR LEATHERMAN
   and KELLY PIFFERINI
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | OSCAR LEATHERMAN and KELLY     | CASE NO.: 4:17-cv-05610-HSG |
   | PIFFERINI,                     |                             |
16 |                                | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; ORDER** |
   |                 Plaintiffs,    |                             |
17 | vs.                            |                             |
   | CITY OF EUREKA, EUREKA POLICE DE- |                          |
18 | PARTMENT, and STEVE WATSON, in his |                         |
   | official capacity as Interim Chief of Police, |              |
19 |                                |                             |
   |                 Defendants.    |                             |
20

21                          **STIPULATION**

22      OSCAR LEATHERMAN and KELLY PIFFERINI (collectively, "Plaintiffs") and CITY

23 OF EUREKA, EUREKA POLICE DEPARTMENT, and STEVE WATSON, in his official ca-

24 pacity as Interim Chief of Police (collectively, "Defendants"), by and through their counsel of

25 record, hereby stipulate and agree as follows:

26      A.      WHEREAS Defendants served an offer of judgment (the "Offer") on Plaintiffs, a

copy of which is attached hereto as Exhibit A;

  B. WHEREAS Plaintiffs accepted the Offer; and

  C. WHEREAS the Court directed the parties to file a stipulated dismissal of the action.

  ACCORDINGLY, the parties hereby stipulate and agree to the following:

  1. The undersigned, being all parties to this action, hereby stipulate to the dismissal, with prejudice, of the entire action referenced above.

  2. The dismissal shall be on the terms set forth in Exhibit A.

             SHELLEY K. MACK

DATED: October 19, 2020    By *s/Shelley K. Mack*
             SHELLEY K. MACK
             Attorney for Plaintiffs

             FOX ROTHSCHILD LLP

DATED: October 19, 2020    By *s/Jack Praetzellis*
             JACK PRAETZELLIS
             Attorneys for Defendants

## **ORDER**

Upon stipulation of the parties, and good cause appearing,

It is SO ORDERED.

Dated: 10/20/2020

             The Honorable Haywood S. Gilliam, Jr.
             United States District Judge